United States Courts
Southern District of Texas
FILED
January 30, 2026
Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| v. | § § | Criminal No. **4:26-cr-00046** |
| | § § | |
| **ATOYA CARLITHIA COLLINS,** | § § | |
| **Defendant.** | § | |

## CRIMINAL INFORMATION

The United States Attorney charges:

### COUNT 1 – 2017 TAX YEAR
### FAILURE TO FILE INCOME TAX RETURN
(26 U.S.C. § 7203)

During the period between October 15, 2018 and through on or about September 3, 2019, in the Houston Division of the Southern District of Texas and elsewhere, defendant

**ATOYA CARLITHIA COLLINS**

did willfully fail to file an income tax return at the time prescribed by law. Specifically, during the 2017 calendar year, **COLLINS** had and received taxable income of at least $120,000. **COLLINS** was required by law to file a return, by no later than April 17, 2018, stating specifically the items of her gross income and any deductions and credits to which she was entitled. **COLLINS** sought an extension of this deadline, which permitted her to file her return no later than October 15, 2018. Knowing and believing all of the foregoing, **COLLINS** did willfully fail, on or about October 15, 2018, in the Southern District and

elsewhere, to make an income tax return. **COLLINS** ultimately filed a personal tax return (Form 1040) for the 2017 tax year on September 3, 2019. This return—which reported only $45,268 in taxable income (line 43)—failed to fully account for the amounts earned by **COLLINS** during the 2017 tax year.

All in violation of Title 26, United States Code, Section 7203.

NICHOLAS J. GANJEI
United States Attorney

*Brad Gray*
Brad R. Gray
Assistant United States Attorney